FILED by _____ D.C.

MAR 2 4 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

00-6075

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. CR-HURLEY |
| Plaintiff, | ) | |
| | ) | Violation: |
| v. | ) | Title 29, U.S.C.   MAGISTRATE JUDGE |
| | ) | Sections 186(a)(2) & (d)(2) |
| WILLIAM COLEMAN, | ) | |
| | ) | INFORMATION |
| Defendant. | ) | |

The Acting United States Attorney in this matter charges that:

<u>COUNT 1</u>

From in or about October 1995 through at least July 1996, the exact dates being unknown, in the Southern District of Florida, WILLIAM COLEMAN, acting as the owner of Coleary Transport, Inc., an employer, did unlawfully, willfully and knowingly pay money in the amount of $2,000 to Walter J. Browne, an officer of a labor organization, to wit the National Federation of Public and Private Employees, an affiliate of District No.1 Marine Engineers' Beneficial Association, (AFL-CIO) which represented, sought to represent, or would have admitted to membership the employees of Coleary Transport, Inc., who were employed in an industry affecting interstate commerce.

All in violation of Title 29, United States Code, Sections 186(a)(2) & (d)(2).

_____
BRUCE G. OHR
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. _____

v.

WILLIAM COLEMAN

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _x_      Petty       ___
   II   6 to 10 days      ___      Minor       ___
   III  11 to 20 days     ___      Misdem.     ___
   IV   21 to 60 days     ___      Felony      _x_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _x_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

*[signature]*
JULIA J. STILLER
TRIAL ATTORNEY
I.D. No.

*Penalty Sheet(s) attached                                      REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   WILLIAM COLEMAN          No.: _____

Count #: 1    29 U.S.C. 186(a)(2) - Monies by employer to official of labor organization

*Max. Penalty: 5 years' and a $15,000 Fine
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

```
                    WILLIAM COLEMAN
                       DEFENDANT
```

$ __100,000__     Personal Surety Bond is recommended as to the defendant.

```
                              JULIA J. STILLER
                              TRIAL ATTORNEY
```