UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )
              Plaintiff )
                        )
   -vs-                   )
WILLIAM J. COLEMAN )
              Defendant

U.S. Marshal # 54444-004
Case Number: 00-6075-CR-Hurley
REPORT COMMENCING CRIMINAL ACTION
REC'D by _____ D.C.
MAR 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FILED by D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**************************************************

TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

**************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-30-00    am/pm

(2) Language Spoken: _____

(3) Offense(s) Charged: BRIBERY TAFT HARTLEY

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 2-9-40

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____
(10) Agency: DEPT LABOR  (11) Phone: _____
(12) Comments: _____

