# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

REC'D by D.C.
APR 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

DEFT: WILLIAM COLEMAN (surrender)   CASE NO: 00-6075-CR-HURLEY
AUSA: JULIA STILLER /pres/          ATTY: ALLEN ROSS -pres-
AGENT: _____              VIOL: 29:186(a)(2) & (d)(2)
PROCEEDING I/A ON INDICTMENT        RECOMMENDED BOND 100,000 personal surety
BOND HEARING HELD - yes/no          COUNSEL APPOINTED _____

FILED by ___ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: Cont US w/ notification to PTS

Advised of charges - Waived indictment

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order requested~~

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF: N/A

Date: 3/30/00   Time: 11:00   FTL/LSS TAPE #00- 017   Begin: 3291   End: 3729