

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6075-CR-HURLEY

UNITED STATES OF AMERICA

vs

WILLIAM COLEMAN

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 30, 2000 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: ON BOND FORM _____

_____

Telephone: _____

DEFENSE COUNSEL: Name: ALAN ROSS, ESQ. _____

Address: _____

_____

Telephone: _____

BOND SET/CONTINUED: $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this  30TH  day of  MARCH  ,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: /s/ Denny Butler
Deputy Clerk

Tape No  00-017

cc: Copy for Judge
    U. S. Attorney

