AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

WILLIAM COLEMAN

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6075-CR-Hurley

*[FILED by stamp: MAR 30 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]*

I, _____William Coleman_____, the above named defendant, who is accused of

violating 29 U.S.C. § 186(a)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ~~3/28/2000~~ 3/30/2000 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____Lurana S. Snow_____
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.