In the United States District Court

for the _____Southern_____ District of _____Florida_____

United States of America

v.

William Coleman

Criminal No. 00 - 6075 CR
HURLEY

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, _____William Coleman_____, defendant, have been informed that a _____information_____ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead _____guilty_____ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the _____ District of _____New Jersey_____ in which I _____am under indictment_____ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: _____March 30 2000_____ at _____Fort Lauderdale_____

(Defendant)

(Witness)

(Counsel for Defendant)

Approved

_____
United States Attorney for the
Chief, OCRS, Criminal Division District of

_____Robert J. Cleary_____
United States Attorney for the
District of New Jersey District of